# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146986

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

SIMMION MARQUISE BROWN,
　　　Defendant-Appellant.

SC: 146986
COA: 308620
Saginaw CC: 11-035422-FC

_____/

　　　On order of the Court, the application for leave to appeal the March 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



t0722

Clerk